# Proskauer»

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 7, 2014

**By ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 1 2 2014
```

Sandra A. Crawshaw-Sparks
Member of the Firm
d 212.969.3915
f 212.969.2900
scrawshaw@proskauer.com
www.proskauer.com

Hon. Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Showtime Touring Group Pty Ltd. v. Mosley Touring Inc. et al.*, Case No. 14-cv-04116

## JOINT REQUEST FOR ADJOURNMENT OF INITIAL PRE-TRIAL CONFERENCE

Dear Judge Nathan:

We represent plaintiff Showtime Touring Group Pty Ltd. ("Showtime") in the above-referenced matter. In accordance with Section 1(D) of Your Honor's Individual Practices, we write jointly with counsel for defendants Mosley Touring, Inc. and Timothy Z. Mosley, p/k/a "Timbaland" (together, "Defendants" and collectively with Showtime, the "Parties"), to respectfully request an adjournment of the Initial Pre-Trial Conference in this matter currently scheduled for August 29, 2014.

This is the first request for an adjournment of the Initial Pre-Trial Conference, and Defendants consent to such request. The reason for the request is that lead counsel for Showtime practices bi-coastally (but is based primarily in California), and is not scheduled to be in New York on the date currently set for the conference.

The Parties propose the adjournment of the Initial Pre-Trial Conference to Friday, September 5, 2014 or, if that is not possible, for permission for Showtime's counsel to telephonically appear on the currently scheduled date of August 29, 2014.

Respectfully submitted,

*Sandra A. Crawshaw-Sparks, Esq.*

> The parties' request to adjourn the initial pretrial conference is GRANTED. The initial pretrial conference will now be held on September 5, 2014 at 10:30 a.m.

cc:   Susan L. Gutierrez, Esq. (by ECF)
      Michael S. Re, Esq. (by ECF)

SO ORDERED: 8/12/14

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE