UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHOWTIME TOURING GROUP PTY LTD., an           Civil Case No.: 14-CV-4116 (AJN)
Australian proprietary limited company,

                                      Plaintiffs,            **RULE 7.1 STATEMENT**

    -against-

MOSLEY TOURING, INC., a Florida corporation, and
TIMOTHY Z. MOSLEY p/k/a "TIMBALAND", an
individual,
                                   Defendants.
------------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Mosley Touring, Inc. (a private non-governmental party) certifies that there is no corporation that is a parent corporation of Mosley Touring, Inc. and there is no publicly held corporation that owns 10% or more of Mosley Touring, Inc.

Dated: Garden City, New York
         August 18, 2014

                                                     MORITT HOCK & HAMROFF LLP
                                                     *Attorneys for Defendants Mosley Touring,*
                                                     *Inc. and Timothy Z. Mosley p/k/a*
                                                     *"Timbaland"*

                                     By:_____
                                            Michael S. Re
                                       400 Garden City Plaza
                                       Garden City, New York 11530
                                       Tel.: (516) 873-2000
                                       Fax: (516) 873-2010
                                       *mre@moritthock.com*

613938v1