Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 29, 2014

**By ECF**

Sandra A. Crawshaw-Sparks
Member of the Firm
d 212.969.3915
f 212.969.2900
scrawshaw@proskauer.com
www.proskauer.com

Hon. Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Showtime Touring Group Pty Ltd. v. Mosley Touring Inc. et al.*, Case No. 14-cv-04116

Dear Judge Nathan:

Pursuant to Your Honor's Individual Practice 4(C), plaintiff Showtime Touring Group Pty Ltd. ("Showtime") respectfully submits this letter explaining the basis for its belief that diversity jurisdiction exists in the instant case.

Showtime is an Australian proprietary limited company organized pursuant the laws of the Commonwealth of Australia. Its shareholders are citizens of Australia. Defendant Mosley Touring Inc. purports to be a Florida corporation with a principal place of business in Miami, Florida. Defendant Timothy Z. Mosley, p/k/a "Timbaland" is an individual residing in the State of Florida. In its claims, Showtime asserts damages in excess of $75,000, exclusive of interest and costs. Thus, diversity jurisdiction lies under 28 U.S.C. § 1332.

Respectfully submitted,

*Sandra Crawshaw Sparks* /srl/

Sandra A. Crawshaw-Sparks, Esq.

cc:   Susan L. Gutierrez, Esq. (by ECF)
      Michael S. Re, Esq. (by ECF)
      Jacquelyn O'Neil, Esq. (by ECF)