AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SHOWTIME TOURING GROUP PTY LTD. ) <br> *Plaintiff* ) <br> v. ) <br> MOSLEY TOURING INC. AND TIMOTHY Z. MOSLEY, ) <br> *Defendant* ) | Case No.   14-cv-04116-AJN |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Mosley Touring Inc., a Florida Corporation and Timothy Z. Mosley, an individual p/k/a "Timbaland"

Date:     09/12/2014

*Attorney's signature*

JACQUELYN J. O'NEIL
*Printed name and bar number*

MORITT HOCK & HAMROFF LLP
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

*Address*

JONEIL@MORITTHOCK.COM
*E-mail address*

(516) 873-2000
*Telephone number*

(516) 873-2010
*FAX number*